JOSEPH K. KAMELAMELA  2493
Corporation Counsel

LAUREEN L. MARTIN   5927
Deputy Corporation Counsel Section Chief
ANDREW D. SON   8637
Deputy Corporation Counsel
Office of the Corporation Counsel
County of Hawai‘i
101 Aupuni Street, Suite 325
Hilo, Hawai‘i 96720
Telephone: (808) 961-8251
Facsimile:  (808) 961-8622
E-mail: Laureen.Martin@hawaiicounty.gov
          Andrew.Son@hawaiicounty.gov

Attorneys for Defendant
COUNTY OF HAWAI‘I

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| NIKITA NAKAMOTO, Individually and as Next Friend of A.N. and N.B. minors,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF HAWAI‘I , and JOHN DOES 1-20,<br>Defendants. | Case No._____<br>(Non-Motor Vehicle Tort)<br><br>DEFENDANT COUNTY OF HAWAI‘I'S NOTICE OF REMOVAL; DECLARATION OF LAUREEN L. MARTIN; EXHIBIT "A"; CERTIFICATE OF SERVICE |

**DEFENDANT COUNTY OF HAWAI‘I'S
NOTICE OF REMOVAL**

Defendant COUNTY OF HAWAI'I ("County"), by and through its undersigned counsel, respectfully show:

1.     The County is identified as a defendant in the action denoted Civil No. 18-1-0005, brought against it in the Circuit Court of the Third Circuit, State of Hawai'i, and entitled *Nikita Nakamoto, Individually and as Next Friend of A.N. and N.B., minors vs. County of Hawai'i, and John Does 1-20*. A true and correct copy of the Complaint filed on January 12, 2018 (hereinafter referred to as "Complaint"), except the names of the minors have been replaced with initials and is attached hereto as Exhibit "A", which represents all process, pleadings and orders served upon the County. The County was served with the Complaint on February 27, 2018. Therefore, pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days from the date of service.

2.     The Complaint seeks damages for excessive force by the police which, if proven, would be a violation of the United States Constitution. Therefore, the Complaint raises a federal question pursuant to 28 U.S.C. § 1331 and is subject to removal pursuant to 28 U.S.C. § 1441.

3.     This is a civil action brought in the State court of which the United States Court has original jurisdiction under 28 U.S.C. § 1441 because this action involves a claim of rights arising under the United States Constitution.

4.     All parties appear to be residents of the State of Hawai'i therefore, venue is proper.

5.     The County deposits herewith the sum of FOUR HUNDRED AND NO/100 DOLLARS ($400.00), conditioned as required by Act of Congress, to pay for all costs and disbursements incurred by reason of this removal proceeding.

6.     Pursuant to 28 U.S.C. § 1446(a), attached hereto are copies of all process, pleadings, and orders served on the County, with the names of the minors replaced with initials.

WHEREFORE, the County prays that the above-entitled action be removed from the Third Circuit Court of the State of Hawai'i to the United States District Court for the District of Hawai'i, in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446.

Dated:  Hilo, Hawai'i, March 15, 2018.

COUNTY OF HAWAI'I, Defendant

By /s/ Laureen L. Martin_____
    LAUREEN L. MARTIN
    Deputy Corporation Counsel Section Chief
    Its Attorney

3